# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No. 1:19-cv-01290-LJO-SAB<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(ECF No. 2) |

Christian David Ento ("Plaintiff"), in the custody of the Sacramento County Jail and appearing *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the City of Sacramento, Sacramento Department of Mental Health, and various medical professionals working for the Sacramento Department of Mental Health.

Pursuant to the Local Rules of the Eastern District of California, "all civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo, and Yuba counties shall be commenced in the United States District Court sitting Sacramento, California, and in Redding, California, or other designated places within those counties as the Court shall designate when appropriate for Magistrate Judge criminal proceedings." L.R. 120(d).

1    It appears that any incidents alleged in the complaint would have taken place in

2  Sacramento which is in Sacramento County; therefore, this action would properly be filed in the

3  Sacramento Division of the Eastern District of California.  Local Rule 120(f), provides that a

4  civil action which has not been commenced in the proper court may, on the court's own motion,

5  be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento

6  Division of the Eastern District of California.  This court will not rule on Plaintiff's request to

7  proceed in forma pauperis.  However, the transferee court is advised that Plaintiff may be

8  precluded from proceeding without prepayment of fees in this action by 28 U.S.C. § 1915(g).[1]

9        Good cause appearing, IT IS HEREBY ORDERED that:

10   1.    This action is transferred to the Sacramento Division of the United States District

11         Court for the Eastern District of California; and

12   2.    This court has not ruled on plaintiff's request to proceed in forma pauperis.

13

IT IS SO ORDERED.

14

15  Dated:    **September 18, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26  [1] See Ento v. People of State of California, 2:13-cv-02271-KJN (dismissed April 15, 2014 as seeking to circumvent
    state court by challenging conviction in federal court (see Order dated March 3, 2014)); Ento v. People of States of
27  California, 2:13-cv-2248-AC (dismissed July 10, 2014 for violation of Rule 8); Ento v. Sacramento County, no
    2:13-cv-02107-KJN (dismissed May 25, 2014 for failure to state a claim); Ento v. City of Sacramento, no. 2:11-cv-
28  03747-UA-FFM (C.D. Cal.) (dismissed May 12, 2011 for failure to state a claim).

2